```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS
```

**Donovan Johnson**

**V.**                    CIVIL ACTION NO. 1:22-cv-11242-MJJ

**Steven Conroy et al**

### SETTLEMENT ORDER OF DISMISSAL

**JOUN, D.J.**

The Court have been advised that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days**, to reopen the action if settlement is not consummated.

October 16, 2023

/s/ Samantha Dore
---------------------------
**Deputy Clerk**