UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:22-cv-11242-MJJ

DONOVAN JOHNSON,

    Plaintiff,

v.

TOWN OF ARLINGTON, STEVEN CONROY, individually and in his official and supervisory capacities as an officer for the Arlington Police Department, BRENDAN FLYNN, individually and in his official and supervisory capacities as an officer for the Arlington Police Department, and STEPHEN PORCIELLO, individually and in his official and supervisory capacities as an officer for the Arlington Police Department,

    Defendants.

## JOINT STATUS REGARDING SETTLEMENT

Pursuant to Docket Document 56, all parties in this action jointly report to the Court that the settlement in this matter has been consummated. The parties now possess a fully executed settlement agreement. The settlement funds are being processed and payment will issue on or around Friday, January 12, 2024. The parties accordingly request (1) this Court to reschedule the motion hearing scheduled for Wednesday, January 10, 2024, to Wednesday, January 17, 2024, in the event payment is not received (2) and an extension of the NISI Order by one week to file a stipulation of dismissal. The parties will report any issues that arise in the interim.

[Signatures on next page.]

Respectfully submitted,

The Defendants,
Steven Conroy, Brendan Flynn, and Stephen Porciello,

/s/ *Amy Bratskeir*
Thomas R. Donohue, BBO# 643483
Amy Bratskeir, BBO# 662034
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
tdonohue@bhpklaw.com
abratskeir@bhpklaw.com

The Defendant,
Town of Arlington,

/s/ *Michael Cunningham*
Michael Cunningham, BBO# 647165
Arlington Town Counsel
50 Pleasant St
Arlington, MA 02476
(781) 316-3152
mcunningham@town.arlington.ma.us

The Plaintiff,
Donovan Johnson,

/s/ *Stephen P. Hall*
Stephen P. Hall, BBO# 679583
Loren Hampton, *pro hac vice*
Orrick, Herrington & Sutcliffe, LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880-1800
stephen.hall@orrick.com

/s/ *Mirian Albert*
Sophia Hall, BBO# 684541
Mirian Albert, BBO3 710093
Lawyers for Civil Rights
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
shall@lawyersforcivilrights.org
malbert@lawyersforcivilrights.org

DATED: January 8, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                              */s/ Amy Bratskeir*
                                              Amy Bratskeir, BBO# 662034

DATED: January 8, 2024